Robert SIMON, et al., Appellants

v.

**REPUBLIC OF IRAQ, et al., Appellees.**

No. 06–7175.

United States Court of Appeals,
District of Columbia Circuit.

July 31, 2009.

Stephen Anthony Fennell, Alice E. Loughran, Steptoe & Johnson LLP, Washington, DC, Michael David Rips, Steptoe & Johnson LLP, New York, NY, for Appellants.

Jonathan Saul Franklin, Fulbright & Jaworski LLP, Lawrence Hedrick Martin, Gare A. Smith, Foley Hoag, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and GINSBURG and BROWN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

It is **ORDERED,** on the court's own motion, that in light of the Supreme Court's opinion in *Republic of Iraq v. Simon,* —— U.S. ——, 129 S.Ct. 2183, 173 L.Ed.2d 1193 (2009), this court's judgment filed June 24, 2008, be vacated. It is

**FURTHER ORDERED and ADJUDGED** that the judgment of the District Court, dismissing these complaints as untimely, be affirmed because "the District Court lost jurisdiction over [the] suits when the President exercised his authority to make § 1605(a)(7) inapplicable with respect to Iraq." *See Iraq v. Simon,* 129 S.Ct. at 2194.

4

The Clerk is directed to issue the mandate forthwith.